**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Broward Division
www.flsb.uscourts.gov

IN RE:                                              CASE NO:
                                                    CHAPTER 7
NORMAN PAUL WEXLER

_____Debtor_____/

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me, from debtor(s), within one year before the filing of the petition in bankruptcy, for all work done on behalf of the above named debtor(s), including costs and work done in state court matters, including litigation and mediation is broken down as follows:

   | | |
   |---|---|
   | 08/20/10 | $1,000.00 |
   | 09/08/10 | $4,000.00 |

2. As for legal services related to this bankruptcy, I have          $5,000.00
   agreed to accept $4,701.00 plus the $299.00 filing fee.
   I have received an advance fee payment and cost
   payment for services and costs rendered regarding
   bankruptcy work prepetition and anticipated post
   petition.

3. The source of the payment was the debtor(s).

4. Any source of compensation for post petition work after exhaustion of the retainer will be from debtor's income.

5. I have not agreed to share the above compensation with any other person unless they are members of my firm and associates of my firm, unless they are contract labor for research assistance of issues that may arise in this matter.

6. In return for the above referenced fee related to this bankruptcy, I have agreed to render legal services for all aspects of the bankruptcy case to the exhaustion of the retainer, subject to the terms of my authority ot represent debtor, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor(s) in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor(s) at the meeting of creditors and one 2004 exam;
   d. My representation of the debtor(s) in adversary proceedings, reaffirmations, objections to claims, motions to value collateral, motions to dismiss and other contested bankruptcy matters. If time and costs are incurred regarding same, they will be billed at my hourly rate of $250.00 plus costs expended.

7. The above fee does not include any further representation in any other state or federal proceeding for the debtor or his related companies.

CERTIFICATION

*I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A). I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.*

REGGIE DAVID SANGER, P.A.
Attorney for Debtors
208 S.E. 9th Street
Fort Lauderdale, FL 33316
Tel. (954) 463-8547 Fax (954) 463-8356

By: _____
Reggie David Sanger, Esq.
Florida Bar No: 231215

U.S. Trustee's Office - electronically
Trustee - electronically

Acknowledged by:

_____
Norman Paul Wexler, Debtor